[No. 53308-8-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01978-0, LeRoy McCullough, entered October 10, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 53338-0-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY PATRICK HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01415-6, Michael Heavey, J., entered November 3, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[Nos. 53361-4-I; 53362-2-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN BEAVER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-00911-0, Gregory P. Canova, J., entered November 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53398-3-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMANUEL B. EBREO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06234-7, Anthony P. Wartnik, J., entered November 12, 2003. *Affirmed* by unpublished per curiam opinion.